**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01272-CR

**CODY ALLAN SRADER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80009-2015**

## ORDER

The Court has before it the November 9, 2015 motion of Craig Price to withdraw as appellant's appointed counsel. Mr. Price states that he has accepted employment with the Grayson County District Attorney's Office and can no longer represent appellant on this appeal. We **GRANT** the motion and **DIRECT** the Clerk to remove Craig Price as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant on this appeal and to transmit to this Court the order appointing new counsel within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Scott Becker, Presiding Judge, 219th Judicial District Court; Craig Price; and the Collin County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     ADA BROWN
JUSTICE